**No. 55495.**—Bel Paese Sales Co., Inc., et al. *v.* United States, protests 70926–K, etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55496.**—Avakian Bros., Inc., et al. *v.* United States, protests 132775–K, etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55497.**—Mutual Buying Syndicate, Inc. *v.* United States, protest 156042–K (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55498.**—American Express Company et al. *v.* United States, protests 159783–K (B), etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55499.**—Cosmos Shipping Co., Inc., et al. *v.* United States, protests 167812–K, etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55500.**—Bohemian Distributing Co. et al. *v.* United States, protests 114385–K, etc. (Los Angeles).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55501.**—British American Importation Co., Ltd., and Frank P. Dow Co., Inc., of L. A. *v.* United States, protests 138473–K and 162033–K (Los Angeles).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55502.**—Abraham Aronin *v.* United States, protest 140809–K (Ogdensburg).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55503.**—Macdonald & Maltby et al. *v.* United States, protests 151030–K, etc. (Boston).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.